IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARLA G. CRAINE                                                                                          PETITIONER

V.                                                                                         NO. 4:14-CV-00037-DMB-DAS

STATE OF MISSISSIPPI                                                                                 RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 12, 2014, Respondent filed a motion to dismiss. Doc. #11. On January 26, 2015, United States Magistrate Judge David A. Sanders issued a Report and Recommendation recommending "that the motion to dismiss be granted and the petition be dismissed with prejudice as time barred." Doc. #12 at 2.

Having considered the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* petitioner at her last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. It is therefore ordered:

1. That the Report and Recommendation [12] of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed.

3. That this case is **CLOSED**.

**SO ORDERED**, this 17th day of March, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**